UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GARY DEAN S.,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>Commissioner of Social Security Administration,<br><br>　　　　Respondent. | Case No. 4:20-cv-00397-BLW-REP<br><br>**ORDER** |

　　On September 12, 2016, Petitioner protectively filed an application for a period of disability under Title II of the Social Security Act. Petitioner's application was denied upon initial review and on reconsideration. Petitioner sought a hearing before an Administrative Law Judge, and the ALJ issued a decision denying Petitioner's claim. Petitioner's timely request for review by the Appeal's Council was denied, making the ALJ's decision the final decision of the Commissioner of Social Security.  Petitioner then timely appealed this final decision to the Court.

　　On February 18, 2022, United States Magistrate Judge Raymond E. Patricco issued a Report and Recommendation in this matter. (Dkt. 26). Pursuant to the statute, Judge Patricco gave the parties time to file written objections to the Report

**ORDER - 1**

and Recommendation, however the time to submit objections was shortened pursuant to District of Idaho Local Civil Rule 72.1(b)(2). *See* 28 U.S.C. 636(b)(1). All objections were due no later than February 25, 2022. None were filed.

Having thoroughly reviewed the Report and Recommendation, and no objections having been filed, the Court accepts Judge Patricco's Report and Recommendation in its entirety and enters the following order consistent with the same.

## ORDER

IT IS HEREBY ORDERED:

1. The Report and Recommendation entered on February 18, 2022 (Dkt. 16) is INCORPORATED and ADOPTED in its entirety.

2. The Commissioner's decision is AFFIRMED and Petitioner's Petition for Review (Dkt. 1) is DENIED.

3. This action is DISMISSED in its entirety, with prejudice.

4. The Court will enter a separate judgment in accordance with Federal Rule of Civil Procedure 58.

DATED: March 4, 2022

B. Lynn Winmill
U.S. District Court Judge